FILED
2026 Jan-20 PM 08:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE: Jan. 2026
GJ# 13

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) No. |
| | ) |
| **JONATHAN MATTHEW CAGLE,** | ) |
| Also known as "@DecentTruth" | ) |
| Also known as "@DecentBackup" | ) |
| Also known as "@DecentFiJC" | ) |
| Also known as "@BackupDecentFiJC" | ) |
| Also known as "@RichardEntuboca" | ) |
| Also known as "@KanekoaDeGrate" | ) |

## INDICTMENT

### COUNT ONE:
*Cyberstalking*
**[18 U.S.C. § 2261A(2)(B)]**

The Grand Jury charges that:

Between on or about the 28th day of December 2025 and on or about the 3rd day of January 2026, in Morgan County, within the Northern District of Alabama and elsewhere, the defendant,

**JONATHAN MATTHEW CAGLE,**
Also known as "@DecentTruth"
Also known as "@DecentBackup"
Also known as "@DecentFiJC"

1

Also known as "@BackupDecentFiJC"
Also known as "@RichardEntuboca"
Also known as "@KanekoaDeGrate"

with the intent to kill, injure, harass, and intimidate INDIVIDUAL-1, used an interactive computer service, electronic communication service, and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including Youtube, Yappi, Venmo, Snapchat, and X, to engage in a course of conduct through which he caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to INDIVIDUAL-1, all in violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL

*/s/ Electronic Signature*_____
FOREPERSON OF THE GRAND JURY

                                                */s/ Prim F. Escalona*
                                                PRIM F. ESCALONA
                                                United States Attorney